

**SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**RAMY LOUIS**
*Senior Counsel*
Phone: (212) 356-2386
Fax: (212) 356-3509
Email: rlouis@law.nyc.gov

November 22, 2022

**BY ECF**
Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Dewayne Richardson v. City of New York, *et al.*,
             21-CV-5080 (PAE) (KHP)

Your Honor:

       I am a Senior Counsel in the Office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the attorney for defendants City of New York ("City"), New York City Health and Hospitals Corporation ("H+H"), Carter, Sanchez, Harvey, Law, Guzman[1], and Perry (collectively "defendants"), in the above-referenced action. Defendants write on behalf of all parties to request that the Court extend the parties' deadline, from November 28, 2022 to December 14, 2022, to file written objections to the Honorable Katharine H. Parker's Report and Recommendation, dated November 14, 2022 ("R&R"), recommending that Your Honor grant defendants' motion to dismiss, without prejudice. This is the parties' first request for an extension of time to file written objections to the R&R.

       Pursuant to 28 U.S.C. §636(b)(1) Federal Rule of Civil Procedure 72(b), the parties have fourteen (14) days from service of the R&R to file written objections. As the R&R was filed on the docket on November 14, 2022, any objections thereto are due by November 28, 2022. However, due to pressing, conflicting, professional obligations, as well as previously planned vacations, the parties require a brief extension of time until December 14, 2022 to submit their respective written objections to the R&R.

---

[1] Sued herein as "Gozman."

Thank you for your time and consideration of this matter.

Respectfully submitted,

*[signature: Ramy Louis]*

Ramy Louis
Senior Counsel
Special Federal Litigation Division

cc: All Counsel of Record (via ECF)

Granted. SO ORDERED.

*[signature: Paul A. Engelmayer]*

PAUL A. ENGELMAYER
United States District Judge
November 22, 2022