**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DEWAYNE RICHARDSON,

                Plaintiff,

    -against-                                  21 **CIVIL** 5080 (PAE)(KHP)

                                                **JUDGMENT**

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated February 6, 2023, the Court has accepted and adopted Judge Parker's Report and Recommendation insofar as it recommends dismissal, but not insofar as it recommends dismissing without prejudice. The Court has granted defendants' motion to dismiss with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      February 7, 2023

                                          **RUBY J. KRAJICK**

                                  _____

                                       **Clerk of Court**

                  **BY:**        K. Mango

                                      _____

                                        **Deputy Clerk**